PS 8
Rev. 09/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

U.S.A. vs. Wanda Phillips                                          Docket No.   3:21CR00008-008

### Petition for Action on Conditions of Pretrial Release

COMES NOW Wright E. White, probation officer, presenting an official report upon the conduct of defendant, Wanda Phillips, who was placed under pretrial release supervision by the Honorable Brian K. Epps, sitting in the court at Dublin on the 21st day of July, 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has violated the following conditions of supervision:

**The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.**

On January 7, 2022, the defendant submitted a urine specimen for testing, which rendered a positive result for methamphetamine. When confronted with the positive result, the defendant admitted to ingesting methamphetamine on or about January 1, 2022. Phillips tendered a signed admission of drug usage report attesting to such usage. The defendant will be required to continue in treatment at Pineland Behavioral Health Systems, Vidalia, Georgia.

**The defendant shall remain under home detention at her mother's (Debra Webb's) residence located at 124 Norris Street, Adrian, Georgia.**

On November 16, 2021, the probation officer made an unannounced home visit at the defendant's residence of record and discovered she had been staying at her residence. Phillips was admonished by the probation officer and instructed to resume residence at her mother's residence as ordered by the court.

**The defendant shall remain under home detention at her mother's (Debra Webb's) residence located at 124 Norris Street, Adrian, Georgia.**

On December 20, 2021, the probation officer made an unannounced home visit at the defendant's residence of record and discovered she had been staying at her residence. Upon locating Phillips, the probation officer admonished her for her problem behavior and instructed her to resume residence at her mother's residence as ordered by the court.

**The defendant shall remain under home detention at her mother's (Debra Webb's) residence located at 124 Norris Street, Adrian, Georgia.**

On January 5, 2022, the probation officer made an unannounced home visit at the defendant's

Honorable Brian K. Epps
RE:  Wanda Phillips
3:21CR00008-008
Page 2

residence of record and discovered she had been staying at her residence.  Upon meeting with Phillips at her residence, the probation officer admonished her for the problem behavior and instructed her to report to the probation office in Augusta on January 7, 2022.  Phillips reported to the probation office as instructed and after discussion, tendered her consent to modification of her release conditions, which will allow her to be placed on location monitoring.  The probation officer has attached the modification request for the Court's review and provided notification to defense counsel, as well as counsel for the Government.

PRAYING THAT THE COURT WILL ORDER

That no further action be taken at this time.  Should such an event occur in the future, this officer will request the issuance of a warrant and the revocation of the defendant's bond.

Respectfully submitted,             Reviewed by:

Wright E. White                              Brad C. Chapman
U.S. Probation Officer                   Supervisory U.S. Probation Officer

January 11, 2022
Date

## ORDER OF COURT

The foregoing Petition for Action having been considered by the Court, the following action is hereby ordered:

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   Other:  Approval of modification/addition of release conditions

BRIAN K. EPPS
U.S. MAGISTRATE JUDGE

January 11, 2022
Date