IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 321-008 |
| | ) | |
| WANDA PHILLIPS | ) | |

_____

**O R D E R**

_____

On July 21, 2021, the Court set an unsecured bond for Defendant in the amount of $10,000. (Doc. no. 154.)   The conditions of Defendant's release included the following:

(7)(m)    The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a license[d] medical practitioner.

(7)(n)    …The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

(7)(t)    Defendant shall remain under home detention at her mother's (Debra Webb's) residence located at 124 Norris Street, Adrian, Georgia.

The U.S. Probation Office filed petitions on January 11, 2022, and January 21, 2022, alleging Defendant violated the aforementioned conditions. (Doc. nos. 444, 462.) At the hearing held on January 31, 2022, Defendant stipulated to the violations as alleged in the petitions. (Doc. no. 472.) Therefore, the Court finds clear and convincing evidence that Defendant violated the conditions of her bond.

The Court hereby revokes release pursuant to 18 U.S.C. § 3148.  The appearance bond in the amount of $10,000 is forfeited in its entirety under Fed. R. Crim. P. 46(f)(1).  Defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this Court.

SO ORDERED this 2nd day of February, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA